**In The**

# United States Court of Appeals for the Second Circuit

**21-569**

The ART AND ANTIQUE DEALERS LEAGUE OF AMERICA, INC., et al.,

*Plaintiffs-Appellees*

v.

BASIL SEGGOS, in his official capacity, as the Commissioner of the New York State Department of Environmental Conservation, et al.

*Defendant-Appellants*

and

THE HUMAN SOCIETY OF THE UNITED STATES, et al.

*Intervenors-Defendants-Appellees*

———————
*On appeal from the United States District Court for the Southern District of New York, Case No. 1:18-cv-02504-LGS*

## BRIEF OF *AMICUS CURIAE* ON BEHALF OF DR. HOLLY TRUSTED IN SUPPORT OF PLAINTIFFS-APPELLEES AND REVERSAL

RACHEL M. BAIRD, ESQ.
SHAWN M. RODGERS, ESQ.
GOLDSTEIN LAW PARTNERS, LLC
2234 Silas Deane Hwy, Ste. 2
Rocky Hill, CT 06067
Tel: 860-605-9340
Fax: 860-785-8733
Email: rbaird@goldsteinlp.com
Email: srodgers@goldsteinlp.com

*Counsel for Amicus Curiae, Dr. Holly Trusted, Ph.D*

## **CORPORATE DISCLOSURE STATEMENT**

Dr. Holly Trusted, Ph.D is an individual with no reportable parent companies,
subsidiaries, affiliates, or similar entities under Federal Rule of Appellate Procedure
26.1(a).

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ............................................................................................ ii

STATEMENT OF INTEREST OF *AMICUS CURIAE* ............................................... 1

STATEMENT OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE

PROCEDURE 29(a)(4)(E) ............................................................................................. 2

ARGUMENT ................................................................................................................. 3

    I.    *NEW YORK'S PROHIBITION ON ANTIQUE IVORY UNNECESSARILY RESTRICTS ITEMS OF HISTORICAL SIGNIFICANCE, WHILE CONTRIBUTING NO TANGIBLE BENEFIT TO THE LAW'S STATED END* ........................................... 3

        A.    The Endangered Species Act Recognizes a Distinction with Antique Ivory, Exempting Ivory Created 100 or More Years Ago…............................................................................................ 5

        B.    New York's Ivory Law Will Banish Vital Artifacts of Our National and Cultural Heritage …………………………… 6

        C.    Processes and Techniques Exist that Identify whether an Ivory Artifact is 100 Years Old or Older…………………………… 8

    CONCLUSION ...................................................................................... 10

i

# TABLE OF AUTHORITIES

**Cases**                                                                 **Page(s)**

*Art & Antique Dealers League of Am., Inc. v. Seggos*
394 F. Supp. 3d 447, 451 (S.D.N.Y. 2019)…………………………………………5


**Statutes and Other Authorities**

16 U.S.C. §§ 1531, *et seq.* …………………………………………………………5

16 U.S.C. § 1538 …………………………………………………………………5

16 U.S.C. § 1539 …………………………………………………………………5

N.Y. Envtl. Conserv. Law § 11-0535-a ………………………………………..…3

Barnes, Joanna & Dr. Holly Trusted, *Antiques Trade Gazette*, "Sculpture Association's
EU Ivory Trade Ban Concerns," (Print Ed. 2482 - March 6, 2021) …………… *passim*

Dr. Marjorie (Holly) Trusted, "*How Art History Specialists Determine Whether a Western
Worked Ivory Object Is 100 Years or Older,*" (2015) ……………………………… *passim*

# STATEMENT OF IDENTIFICATION

The Proposed *Amicus Curiae*, Dr. Holly Trusted ("Dr. Trusted" or "Proposed *Amicus Curiae*"), submits this proposed brief under Federal Rule of Appellate Procedure 29(a)(2), having received consent from all parties. Proposed *Amicus Curiae* is an historian of British and Spanish sculpture. Previously Senior Curator of Sculpture at the Victoria and Albert Museum, she is known in particular for her work on British and Spanish sculpture and was the lead curator for the Victoria and Albert Museum Cast Courts. Since January 2019, Dr. Trusted is an Honorary Senior Research Fellow at the Victoria and Albert Museum. Dr. Trusted was Honorary Vice-President of the Society of Antiquaries of London in 2018. She is the Co-chair and Trustee of the Public Statues and Sculpture Association since 2020.

Dr. Trusted has written and lectured extensively about the use of ivory in ancient and historical works of art. In particular, Dr. Trusted has opined on regulatory and statutory prohibitions that negatively affect ancient and antique ivory objects. Dr. Trusted seeks to submit this *Amicus Curiae* Brief in order to relate how bans on ivory affect historical ivory items dating 100 years of age or older. Dr. Trusted, as *Amicus Curiae*, advocates in favor of reversing the decision of District Court for the Southern District of New York which dismissed Plaintiffs-Appellants challenge to New York's Ivory Law under (i) federal preemption and (ii) the First Amendment.

The *Amicus Curiae* Brief offers a unique focus, one that exclusively concentrates on the historical significance of ancient and antique ivory items, which are affected by New York's prohibition.  It limits the discussion to the historical significance of these objects, and how the prohibition offers no identifiable benefit to the intended goal of protecting endangered species from *current* dangers.

## STATEMENT OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 29(a)(4)(E)

No party's counsel authored this brief in whole or in part; no party or party's counsel contributed money that was intended to fund preparing or submitting this brief; and no person other than Dr. Trusted, or her counsel contributed money that was intended to fund preparing or submitting this brief.

# ARGUMENT

## I. NEW YORK'S PROHIBITION ON ANTIQUE IVORY UNNECESSARILY RESTRICTS ITEMS OF HISTORICAL SIGNIFICANCE, WHILE CONTRIBUTING NO TANGIBLE BENEFIT TO THE LAW'S STATED END.

The State of New York enacted a statutory prohibition on the *intrastate* sale of ivory ("State Ivory Law"), providing that "no person shall sell, offer for sale, purchase, trade, barter or distribute an ivory article." N.Y. ENVTL. CONSERV. LAW § 11-0535-a(2). It encompasses "any item containing worked or raw ivory from any species of elephant or mammoth." § 11-0535-a(1). New York does not exclude antique articles of ivory from this general prohibition, unless the volume of such items is comprised of less than twenty percent ivory. § 11-0535-a(3)(a). Like similar proscriptions against the sale and trade of ivory around the globe, the governor and state legislature of New York created this prohibition "to impede the poaching of elephants, and above all to protect the elephant population from future threats." *See* Joanna Barnes & Dr. Holly Trusted, *Antiques Trade Gazette*, "Sculpture Association's EU Ivory Trade Ban Concerns," 1 of 2 (Print Ed. 2482 - March 6, 2021).

*Amicus Curiae*, Dr. Holly Trusted ("Dr. Trusted"), has long-supported laws designed "to encourage and maintain the elephant population." *Id.* "The trade of any ivory or unworked ivory tusk should certainly be banned." *Id.* New York's Ivory Law, however, imposes greater restrictions on trade and commerce than necessary in order to achieve its designated purposes.

Dr. Trusted has written and lectured extensively about the use of ivory in historic works of art, such as "miniatures, statuettes, portable altarpieces, combs, medallions, devotional reliefs of religious subjects and countless other types of objects[.]" *Id.* Particularly, antique ivory created, at least, 100 years ago contrasts decisively with ivory derived from the illicit and deplorable practice of poaching and "slaughter[ing] [elephants] for their tusks … carried out today by international criminals" who sell "ivory trinkets" in the black market. *See* Dr. Marjorie (Holly) Trusted, *"How Art History Specialists Determine Whether a Western Worked Ivory Object Is 100 Years or Older,"* at 1 (2015). Although scientifically dating ivory specimens is nearly impossible, techniques and processes are available to ascertain with precision when historical ivory works were created. *See id.* at 2-6. Prohibitions of antique ivory serve no identifiable end in preventing current abuses to endangered animals.

"[R]estricting the trade of historic works of art in ivory … will not help in any laudable endeavor to save the elephant." Barnes, *supra*, at 1 of 2. Overbroad statutory prohibitions – like the one New York has imposed – deny our shared history by casting aside significant relics from our past. New York's Ivory Law will cause modern consumers either to relegate these historical items to obscurity, or to designate them as targets for disdain. Neither is desirable. Dr. Trusted advocates for finding "a way to respect and learn from history" – to confront historical truth, and not simply to deny it once existed. *See* Trusted, *supra*, at 2.

**A.** *The Endangered Species Act Recognizes a Distinction with Antique Ivory, Exempting Ivory Created 100 or More Years Ago.*

Like New York's Ivory Law, the Endangered Species Act (ESA), U.S.C. §§ 1531, *et seq.*, imposes a general prohibition against "the import and export of endangered species, 16 U.S.C. § 1538(a)(1)(A), and the sale, offering for sale, or movement of endangered species in interstate or foreign commerce, § 1538(a)(1)(D), (E)." *Art & Antique Dealers League of Am., Inc. v. Seggos*, 394 F. Supp. 3d 447, 451 (S.D.N.Y. 2019). Congress included an express exemption within the ESA for "certain antique articles" of ivory, which are, *inter alia*, 100 years of age or older. 16 U.S.C. § 1539(h)(1). Plaintiffs-Appellants maintain that this exemption – together with the corresponding regulations – preempts New York's Ivory Law insofar as the state ban precludes items of antique ivory otherwise permitted under the ESA. The policy underlying ESA's antique exemption recognizes the need to preserve items of historical significance, while simultaneously enforcing measures to protect endangered animals.

The ESA strikes the appropriate balance between deterring the "abhor[rent] elephant killing [of] today" with "our admiration for the great works of art of the past." *See* Trusted, *supra*, at 2. New York's Ivory Law disregards the equilibrium that the ESA strives to establish.

**B.** *New York's Ivory Law Will Banish Vital Artifacts of Our National and Cultural Heritage.*

"Antique works of art in ivory … are enormously important cultural objections[,]" which cannot be discarded for convenience. Barnes, *supra*, at 1 of 2. These relics from the past are components of Western civilization. Artisans have used raw elephant ivory to fashion works of art since the ancient Greek workshops of 1600 B.C. *See* Trusted, *supra*, at 1. They carved sculptures, as well as inlays or veneers. "These historical artifacts were created at a time when elephants were in abundance," Dr. Trusted has explained, "and the ivory was sourced from elephants that had died of natural causes." *Id.* The use of ivory in artwork and sculpting did not decline until the early twentieth century, often the year 1914 cited as the line of demarcation.

These historical artifacts "constitute masterpieces in museums, where they are admired and valued by lovers of art, artists and collectors." Barnes, *supra*, at 1 of 2. Dr. Trusted explains that individual pieces of antique ivory arise from many sources, a tangible object from the past – "survivors through thousands of years of Western civilization, and an undeniable part of our cultural heritage." Trusted, *supra*, at 2. The items derive from "ordinary American citizens who house antique ivory family heirlooms in their attics and living rooms, and from "many esteemed private collections and public galleries across Europe and the United State." *Id.* New York's Ivory Law will end this, and force whatever remains of this antique market into the

illicit underground.  *See* Barnes, *supra*, at 1 of 2.  Thus, New York will likely foster "exactly the opposite effect" of the one intended.  *See id.*

New York's Ivory Law is, in many respects, the latest example of an outward attempt to deny history that – in modern times – has become inconvenient.  We rightly denounce and "abhor elephant killing today[,]" but western society cannot simply erase the prevalence of ivory in historic works of art dating pre-1914.  *See* Trusted, *supra*, at 2.  Today, there are frequent calls to tear down statutes and monuments of historical figures who supported policies and practices that are now known to be wrong – perhaps, even evil.  While no straightforward answers exist, history cannot be forgotten or ignored.  It must be confronted and acknowledged.

> We can no more deny history in the case of historical worked ivory than we can deny the products of other historical events rightly now condemned, such as the artifacts of human slavery in the ante-bellum South, music composed by victims of the Holocaust, or political books written by men against the background of women's attempt to gain the right to vote made.  There must be a way to respect and learn from history.  It is our heritage.

*Id.*  The New York Ivory Law precludes individuals from grappling with the significance of pieces of antique ivory.  It prevents appreciation or recognition of historical works of art, and instead bundles these artifacts together with other types of ivory that must be prohibited in order to protect elephants and other endangered animals.

### C. Processes and Techniques Exist that Identify whether an Ivory Artifact is 100 Years Old or Older.

sFinally, experts have developed processes and techniques that are capable of readily identifying items of antique ivory. Trusted, *supra*, at 3-6. Although carbon dating and DNA testing can only offer "a broad range of plus or minus 150 years … [or] a date range of 300 years[,]" other methods of the necessary precision *Id.* at 3. For example, experts apply "established principles of art history, augmented by some simple physical clues" to ascertain whether certain ivory objects are 100 years old or older. *Id.* Dr. Trusted compared the process to "analyzing an oil painting, marble sculpture or other work of art to determine authenticity, age or attribution." *Id.* She explains that these processes are commonly applied "in the fields of art, culture and history in galleries, museums and universities." *Id.*

Dr. Trusted discussed other methods of determining whether a particular ivory object is, in fact, an 'antique' dating 100 years or older. Since most ivory artifacts are unsigned and undated, an expert may use "stylistic analysis … to date the object[.]" *Id.* at 4. The expert applies her "knowledge of different periods of art historical styles" and her "understanding of the subtleties of carving and the sculptor's skill." *Id.* Of Course, "[t]he single most important tool for determining the age of a worked ivory object is the substantial body of published academic literature on the subject[,]" Dr. Trusted declared. *Id.* The materials are readily available to anyone who works in the field.

Consulting historical auction records and accompanying photos is another method of confirming the identity of antique ivory. *Id.* at 5. "All worked ivory objects that have appeared on the art market, especially those with signatures, dates or definitive attribution, can thus help identify other comparable pieces." *Id.* This process appears similar the numismatic practice of tracking and confirming the provenance of an ancient coins.

Certain physical characteristics also provide experts with clues as to the relative age of an ivory object. Because ivory is an organic material, it is "susceptible to wear, tear and damage" that "involve changes in appearance that occur over time[.]" *Id.* Factors include: the frequency with which an object is handled; whether the object has been exposed to direct light; and the temperature of where the object was stored.

Accordingly, little risk exists that ivory objects made from contemporary ivory could be passed off as historical artifacts. The audience interested in these antique ivory pieces – often museums universities and art connoisseurs – would readily identify any artifact that is not genuine. "Whether a European or American carved ivory artifact is 100 years old or older is not difficult for a specialist to determine, for the simple reason that the vast majority, probably 90%, of such objects were made before the definitive year of 1914, and can be judged to be so by specialists.

## CONCLUSION

The New York Ivory Law prohibits antique ivory objects, even though such a prohibition does not further any legitimate purpose – in particular, protection of elephants and other endangered species. The prohibition simply denies society an important aspect of its cultural history.


Respectfully Submitted,

June 22, 2021                    */s/ Rachel M. Baird*
                                 Rachel M. Baird
                                 Shawn M. Rodgers (Admission Forthcoming)
                                 GOLDSTEIN LAW PARTNERS
                                 2234 Silas Deane Hwy, Ste. 2
                                 Rocky Hill, CT 06067
                                 Tel: 860-605-9340
                                 Fax: 860-785-8733
                                 Email: rbaird@goldsteinlp.com
                                 Email: srodgers@goldsteinlp.com

                                 *Counsel for Amicus Curiae, Dr. Holly Trusted*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, I electronically filed the foregoing Proposed *Amicus Curiae* Brief with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

June 22, 2021

*/s/ Rachel M. Baird*
Rachel M. Baird
Shawn M. Rodgers (Admission Forthcoming)
GOLDSTEIN LAW PARTNERS
2234 Silas Deane Hwy, Ste. 2
Rocky Hill, CT 06067
Tel: 860-605-9340
Fax: 860-785-8733
Email: rbaird@goldsteinlp.com
Email: srodgers@goldsteinlp.com

*Counsel for Amicus Curiae, Dr. Holly Trusted*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 29(a)(5), we hereby certify that this Motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 29(a)(5) and contains 5,549 words. The text of the electronic Brief is identical to the text in the paper copies.

June 22, 2021

/s/ Rachel M. Baird
Rachel M. Baird
Shawn M. Rodgers (Admission Forthcoming)
GOLDSTEIN LAW PARTNERS
2234 Silas Deane Hwy, Ste. 2
Rocky Hill, CT 06067
Tel: 860-605-9340
Fax: 860-785-8733
Email: rbaird@goldsteinlp.com
Email: srodgers@goldsteinlp.com

## CERTIFICATE OF BAR MEMBERSHIP

I hereby certify that we are members of the Bar of the United States Court of Appeals for the Second Circuit.

Respectfully Submitted,

June 22, 2021

/s/ *Rachel M. Baird*
Rachel M. Baird
GOLDSTEIN LAW PARTNERS
2234 Silas Deane Hwy, Ste. 2
Rocky Hill, CT 06067
Tel: 860-605-9340
Fax: 860-785-8733
Email: rbaird@goldsteinlp.com

## **VIRUS SCAN CERTIFICATION**

This brief complies with L.A.R. 31.1(c).  Before being electronically filed with the Court, the .pdf file was scanned by the following virus detection software and found to be free from computer viruses: Norton Antivirus Plus.


June 22, 2021                 */s/Rachel M. Baird*
                                     Rachel M. Baird
                                     Shawn M. Rodgers (Admission Forthcoming)
                                     GOLDSTEIN LAW PARTNERS
                                     2234 Silas Deane Hwy, Ste. 2
                                     Rocky Hill, CT 06067
                                     Tel: 860-605-9340
                                     Fax: 860-785-8733
                                     Email: rbaird@goldsteinlp.com
                                     Email: srodgers@goldsteinlp.com

# Curriculum Vitae

**Holly Trusted** *(formerly known as Marjorie Trusted)*

| | |
|---|---|
| ***Official address:*** | Research Department |
| | Victoria and Albert Museum |
| | South Kensington |
| | London SW7 2RL |

***Telephone:*** 07766811131
***Email:***     Marjorie.h.trusted@gmail.com

## Education

| | |
|---|---|
| 1977 | BA English Literature, Cambridge University |
| 1979 | MA History of Art, London University (Courtauld Institute of Art) |
| 2008 | PhD History of Art, Cambridge University |

| | |
|---|---|
| ***Languages*** | French; German; Spanish; Italian; Latin |

## Employment

| | |
|---|---|
| 1979 to 2018 | Museum Curator, Victoria and Albert Museum, London |
| Present post: | Honorary Senior Research Fellow |
| 1994-5 | Acting Chief Curator, Sculpture Department |
| 2008-9 | Acting Head of Sculpture |

## Appointments

Co-chair and Trustee Public Statues and Sculpture Association 2020 onwards

Trustee of the Grinling Gibbons Society 2019 onwards

Hon. Vice-President of the Society of Antiquaries of London 2018-19

Co-founder and Chair of ARTES, Iberian and Latin American Visual Culture Group 2000-2010

Hon. Vice-President of ARTES, Iberian and Latin American Visual Culture Group 2011 onwards

Co-founder and chair of the Ivories Group, an international group of scholars working on post-medieval ivories 2009 onwards

Member: Editorial Committee of The Medal 1988 onwards

Member: Council of the Church Monuments Society 1994-7

Member: Advisory Board of the Journal of the Church Monuments Society 1992-9

Member: Organising Committee of the French Bronze Study Group 1999-2008

Member: Board of the Cecil Higgins Art Gallery, Bedford 1999-2010

Hon. Secretary: the Walpole Society 1993-2000

Director: Public Monuments and Sculpture Association 1995-2001

Co-founder and Editor: Sculpture Journal 1997-2000

Co-founder and Editor: the visual arts issue of the Hispanic Research Journal 2007-2013

Peer reviewer: Arts and Humanities Research Council 2010-2014

Trustee: Association of Art Historians 2011-13

Member: Consultative Committee for the Sculpture Journal 2013-18

Member: Sculpture Steering Group of the Public Catalogue Foundation/Art UK 2013 onwards

Member: Editorial Committee *(Consejo de Redacción)* for Archivo Español de Arte 2015 onwards


***Fellowships and Visiting Scholarships***

Research Scholar J. Paul Getty Museum, Los Angeles 1998

Exchange Fellow University of Sussex 2003-5

Research Scholar Yale Center for British Art, New Haven 2006

Exchange Fellow Metropolitan Museum of Art, New York 2010

Exchange Fellow Kunsthistorisches Museum, Vienna, 2013

***Book Award***

Winner of the 1998 Eleanor Tufts Award for a distinguished publication on the arts of Iberia (Spanish Sculpture: a Catalogue of the Collection in the Victoria and Albert Museum, London, 1996)

***Posts as External Examiner***

External examiner for doctoral theses at the University of London 1998 and 2010, the University of Oxford 2002, the Sorbonne 2005, the University of Cambridge 2007, and the University of Granada, 2016.

External examiner and supervisor for the University of Malta (MA thesis 2003-7, and undergraduate examinations 2007 and 2008)

***Advisory and curatorial roles***

Lead curator for the Dorothy and Michael Hintze galleries of Sculpture in Britain at the V&A 2004-8

Adviser for the exhibition The Arts in Latin America 1492-1820 Philadelphia Museum of Art, 2006

Co-curator of The Return of the Gods: Neoclassical Sculpture in Britain at Tate Britain January – June 2008

Co-investigator for the AHRC-funded project Mapping the Practice and Profession of Sculpture in Britain and Ireland 1851-1951, 2007-2011

Curator of the display Mapping the Practice and Profession of Sculpture in Britain and Ireland 1851-1951, Victoria and Albert Museum, November 2010-May 2011

Chair of the V&A 19th-century period expertise group 2012-18

Lead curator for the renovation of the Cast Courts at the V&A 2008-2018

***Conferences***

Co-organiser of the international conference on Spanish art, A Splendid Isolation? held at the Victoria and Albert Museum, London, October 1997

Co-organiser of four series of Spring lectures held annually under the auspices of the Public Monuments and Sculpture Association at the Paul Mellon Centre for Studies in British Art, London 1998-2001

Co-organiser of the international conference on outdoor sculpture, Gallery or Garden? held at the

Victoria and Albert Museum and at Cliveden, Buckinghamshire, May 1999

Co-organiser of the international conference on Spanish art, Unparalleled Works held at the King Juan Carlos I Center, New York, April 2001

Co-organiser of the international conference on wood sculpture, Oak, Box, Pear, Lime held at the Victoria and Albert Museum, London, and at Claydon House, Buckinghamshire, May 2001

Co-organiser of the international conference, Nature and Reality: Spanish and Portuguese Art of the Eighteenth Century held at the National Gallery of Art, Dublin, July 2004

Co-organizer of the international conference, Ivory and the Elephant on colonial export ivories from Ceylon, Goa and the Philippines, to be held in Colombo, Sri Lanka, November 2013

Co-organiser of the Robert H. Smith conference, 'International Connections: Renaissance sculptors and their impact abroad', Victoria and Albert Museum, London, March 2015

Co-organiser of the Public Monuments and Sculpture Association conference, 'Sculptors at War', Goethe Institut, London, March 2015

Co-chair of a session on Hybridity in Spanish art at the conference of the Renaissance Society of America, Humboldt University, Berlin, March 2015

Organiser of 'Barbarogenius. The Sculptor Ivan Meštrović (1883-1962). His Work and Impact in Britain and France'. Victoria and Albert Museum, London, June 2015


***Public lectures*** include:

The National Gallery of Art, Washington DC; the Natural History Museum, New York; the Spanish Institute, New York; the J. Paul Getty Museum, Los Angeles; the Escorial; the University of Murcia; the University of Malta; the Kunsthistorisches Museum, Vienna;   the Victoria and Albert Museum; University College London; the Fitzwilliam Museum, Cambridge; the National Gallery of Scotland, Edinburgh;   the University of Buckingham;  the University of York, and elsewhere. Active participation at many conferences, including those of the Association of Art Historians, Leeds, the Lankan Decorative Arts Society, Colombo, and the College Art Association, Los Angeles.

**PUBLICATIONS**

Marjorie (Holly) Trusted

1984    'Four Amber Statuettes by Christoph Maucher', <u>Pantheon</u>, XLII, III, 1984, pp. 245-9.

'Carved Ambers-Baltic Gold: Prussian Silver', <u>Victoria and Albert Museum Album</u>, III, 1984, pp. 58-67.

1985    <u>Catalogue of the European Ambers in the Victoria and Albert Museum</u>, London, 1985.

'Smart Lethieullier's Amber Tankard', <u>Apollo</u>, CXXI, May 1985, pp. 310-13.

Contributions to the catalogue of the Huguenot exhibition, <u>The Quiet Conquest</u>, held at the Museum of London, 1985, pp.154-8.

Entries on jet carvings for the catalogue of the <u>Santiago de Compostela Exhibition</u> held in Ghent, 1985, pp. 306-7.

1986    'An Amber Cannon by Michael Schödelook of 1660', <u>The Burlington Magazine</u>, CXXVIII, November 1986, pp. 807-8.

Review of M. Mende, <u>Dürer-Medaillen...</u>, <u>The Medal</u>, IX, 1986, pp.106-7.

Review of P.H. Martin's medals section of the catalogue of the exhibition, <u>Die Renaissance im Deutschen Südwesten zwischen Reformation und Dreissigjährigem Krieg</u>, Heidelberg Castle, June-October 1986, <u>The Medal</u>, X, Winter 1986, pp.61-2.

1987    'A work by Esteban Jordán: An Effigy of a Spanish Knight of the Order of St John', <u>Boletín del Seminario de Estudios de Arte y Arqueología</u>, Valladolid, 1987, LIII, pp. 351-9.

1988    Review of K. Sommer, <u>Die Medaillen der Königl- Preussischen Hof-Medailleure...</u>, in <u>The Medal</u>, XII, Spring 1988, pp. 65-6.

Reviews of three books on German medals, <u>The Medal</u>, XIII, Autumn 1988, pp. 103-5 and p.109.

1989    Review of Leonhard Kern exhibition. <u>The Burlington Magazine</u>, CXXXI, February 1989, p.168.

1990    <u>German Renaissance Medals: A Catalogue of the Collection in the Victoria and Albert Museum</u>, London, 1990.

1992    'A Man of Talent: Agostino Carlini (c.1718-1790): Part I', <u>The Burlington Magazine</u>,

CXXXIV, December 1992, pp. 776-84.

1993   'A Man of Talent... Part II', The Burlington Magazine, CXXXV, March 1993, pp.190-201.

'Three Spanish Terracottas in the Victoria and Albert Museum' Boletín del Seminario de Estudios de Arte y Arqueología, Valladolid, LIX, 1993, pp.321-35.

Catalogue entry for Santiago, Camino de Europa: Culto y Cultura en la Peregrinación a Compostela, (exh.cat.), Monasterio de San Martin Pinario, Santiago de Compostela, 1993, no.150, p.465.

1994   Catalogue entries and biographical introductions for The Currency of Fame: Medals of the Renaissance, (exh.cat.), National Gallery of Art, Washington DC and the Frick Collection, New York, 1994.

Review of Spanish Polychrome Sculpture 1500-1800 in United States Collections in The Burlington Magazine, CXXXVI, December 1994, p.854.

1995   'BAMS in Edinburgh', The Medal, no.26, Spring 1995, pp.96-7.

Review of the exhibition Renaissance Medal and Plaquettes of Northern Europe (British Museum), CCNB Newsletter, no.10, September 1995, pp.5-6.

'Moving Church Monuments: Processional Images in Spain in the Seventeenth Century', Journal of the Church Monuments Society, X, 1995, pp.55-69.

1996   'Dressler's terracotta bust of his wife at the V&A', Apollo, CXLIII, January 1996, p.50.

Review of the exhibition 'Vlaanderen en Castilla y León', Apollo, CXLIII, January 1996, p.58.

'The Medal and Switzerland', The Medal, no.28, Spring 1996, p.3. (Joint editor of this issue).

Spanish Sculpture: A Catalogue of Post-Medieval Spanish Sculpture in Wood, Terracotta, Alabaster, Marble,Stone, Lead and Jet in the Victoria and Albert Museum, London, 1996 (Winner of the Eleanor Tufts Award, 1998).

Twenty-five entries in European Sculpture at the Victoria and Albert Museum (ed. P.Williamson), London, 1996, pp.131, 135-8, 142-71, 173 and 176.

Three entries on Spanish sculpture for Velázquez in Seville (exh.cat.) (ed. M.Clarke), National Gallery of Scotland, Edinburgh, 1996, pp.110, 154, 170.

Entries for the Grove Dictionary of Art (ed. J. Turner), London, 1996.

1997    'The Pyke Bequest of Waxes at the Victoria and Albert Museum', <u>Apollo</u>, CXLV, pp.41-5.

Editor of <u>The Sculpture Journal</u> I, London, 1997.

'Art for the Masses: Spanish Sculpture in the Sixteenth and Seventeenth Centuries' in A. Hughes and E. Ranfft (eds.), <u>Sculpture and its Reproductions</u>, London, 1997, pp.46-60.

Three entries for the catalogue of <u>A Grand Design: the Art of the Victoria and Albert Museum</u> (exh.cat.), (eds. M.Baker and B.Richardson), New York and Baltimore, 1997, pp.211-213.

Entry for the catalogue of <u>Lucas Faydherbe 1617-1697 Mechels beeldhouwer & architect</u> (exh.cat.), Stedelijk Museum Hof van Buysleyden, Mechelen, 1997, pp.141-2.

Review of Luc Smolderen's <u>Jacques Jonghelinck</u>, <u>The Medal</u>, 31 (Autumn 1997), pp.119-21.

Review of J.Bassett and P.Fogelman, <u>Looking at European Sculpture: a guide to technical terms</u> in <u>The Art Newspaper</u>, no.76, December 1997, p.23.

'Two Spanish Terracotta Reliefs in the Collection of Sir Brinsley Ford', <u>Cuadernos de Arte</u>, no. 28, Granada, 1997, pp. 77-85.

1998    Editor of <u>The Sculpture Journal</u>, II, London, 1998.

Review of <u>Catàleg d'escultura I pintura dels segles XVI, XVII i XVIII (Fons del Museu Marés III)</u>, in <u>The Burlington Magazine</u>, CXL, July 1998, pp.487-8.

Three entries for the Catalogue of the Ford Collection (Ed.L.Herrmann), <u>Walpole Society</u> LX, 1998, I, pp.81-2.

1999    Editor of <u>The Sculpture Journal</u>, III, London, 1999.
Review of Susan Verdi Webster's <u>Art and Ritual in Golden-Age Spain</u> in <u>The Art Newspaper</u>, no.91, April 1999, p.44.

2000    Editor of <u>The Sculpture Journal</u>, IV, London, 2000.

Review of A. Dawson, <u>Portrait Sculpture: a catalogue of the British Museum collection c. 1675-1975</u>, in <u>The Art Newspaper</u>, no.103, May 2000, p.33.

Review of Janet A. Anderson, <u>Pedro de Mena, Seventeenth-Century Spanish Sculptor</u>, in <u>The Burlington Magazine</u>, CXLII, pp.645-6.

2001    Review of J. Urrea (ed.), <u>Gregorio Fernández 1576-1636</u> in <u>The Burlington</u>

<u>Magazine</u>, CXLIII, pp 99-100.

Review of D. Fischer and H. Maué (eds.), <u>Die Medaillen der Hohenzollern in Franken</u> in <u>The Medal</u>, no.38, Spring 2001, pp.108-9.

Review of E. Pareja López et al., <u>Alonso Cano …</u> (exh.cat.) in <u>The Art Newspaper</u>, no.116, July-August, 2001, p. 64.

'Ivory Images of Mortality in the Netherlands of the Seventeenth and Eighteenth Centuries' in J. van der Auwera (ed.), <u>Liber Amicorum Raphaël de Smedt</u> , Louvain, 2001, pp. 361-76.

2002   Review of Angela Delaforce, <u>Art and Patronage in Eighteenth-Century Portugal</u>, Cambridge, in <u>Apollo</u>, CLVI, July 2002, pp.56-7.

'The Pyke Bequest of Waxes, Victoria and Albert Museum' in G. Beard (ed.), <u>Country Houses and Collections: An Anthology</u>, The Attingham Trust, Clifford, 2002, pp.81-2.

<u>British Sculpture 1470-2000: A Concise Catalogue of the Collection at the Victoria and Albert Museum</u> (with Diane Bilbey), London, 2002.

'Sculpted Representations of Women in Early Eighteenth-Century England', <u>York Georgian Society Annual Report for 2002</u>, York, 2002, pp.40-57.

2003   Review of the <u>Treasures of Castilla y León</u> exhibition, Cathedral of St John the Divine, New York, in the <u>Burlington Magazine</u>, CXLV, January 2003, pp. 54-56.

Entry on Canova's <u>Sleeping Nymph</u> in <u>Canova</u> (exh. cat. ed. S. Androsov, M. Guderzo and G. Pavanello), Bassano del Grappa, 2003, pp. 380-1.

Reviews of the catalogue of Italian sculpture in the Detroit Institute of Arts, and of Michael W. Cole's <u>Cellini …</u> in <u>The Art Newspaper</u>, XIII, no. 142, December 2003, p.34.

2004   Review of Frits Scholten, <u>Sumptuous Memories</u>, in <u>The Art Newspaper</u>, XIV, no.145, March 2004, p.36.

Review of David Davies, <u>El Greco</u> (exh.cat.) in <u>Art History</u>, 27:3, June 2004, pp. 467-70.

2005   Review of M. Jacobs, <u>Alhambra</u>, London, 2005 in <u>The Art Newspaper</u>, no. 163, November 2005, p. 47.

2006   Editor of and contributor to <u>Pistrucci's <i>Capriccio</i>. A Rediscovered Masterpiece of Regency Sculpture</u> (exh. cat.), Sir John Soane's Museum & Waddesdon Manor, London, 2006.

Review of Marion Boudon-Machuel, <u>François du Quesnoy 1597-1643</u> in <u>The Art Newspaper</u>, no. 168, April 2006, p. 45.

Review of M. Wesche (ed.), <u>Der Kűnstlerkreis der Medailleure Műnchen 1988-2003</u> in <u>The Medal</u>, no. 48, 2006, p. 82.

Review of <u>Bernstein fűr Thron und Altar …</u> and <u>Bernsteinkunst aus dem Grűnen Gewőlbe</u> in <u>The Burlington Magazine</u>, CXLVIII, June 2006, pp.423-4.

Review of <u>The Master of the Furies</u> exhibition in <u>The Burlington Magazine</u>, CXLVIII, June 2006, pp.438-9.

Review of G. Satzinger, <u>Die Renaissance-Medaille in Italien und Deutschland</u> in <u>The Medal</u>, no. 49, Autumn 2006, pp. 73-5.

'Exotic Devotion: Sculpture in Viceregal America and Brazil, 1520-1820' in <u>The Arts in Latin America 1492-1820</u> (exh. cat.), Philadelphia Museum of Art, Antiguo Colegio de San Ildefonso, Mexico City, and Los Angeles County Museum of Art, Philadelphia, 2006, pp.248-57.

' "In all cases of difference adopt Signor Riaño's view". Collecting Spanish decorative arts at South Kensington in the late nineteenth century', <u>Journal of the History of Collections</u>, Vol. 18, no.2, 2006, pp. 225-236.

2007    Editor of and contributor to <u>The Making of Sculpture</u>, London, 2007.

<u>The Arts of Spain: Iberia and Latin America 1450-1700</u>, London, 2007.

Review of Charlene Villaseñor Black, <u>Creating the Cult of St Joseph …</u> in <u>Bulletin of Hispanic Studies</u>, Vol. 84, no. 3, 2007, pp. 426-8.

Review of Annamaria Giusti, <u>Pietra Dura. Bilder aus Stein</u>, Munich 2005, in <u>Journal of the History of Collections</u>, Vol.19, no. 1, May 2007, pp. 147-8.

'Of what use to students?' <u>Varsity</u>, (Cambridge University), 12 October 2007, p. 9.

Co-Editor of the <u>Hispanic Research Journal</u>, Vol. 8, no. 5, (Special Issue: The Visual Arts), December 2007.

Review of David Howarth's <u>The Invention of Spain</u> in the <u>Hispanic Research Journal</u>, Vol. 8, no. 5, (Special Issue: The Visual Arts), December 2007, pp. 507-9.

2008

<u>The Return of the Gods. Neo-classical Sculpture in Britain</u> (exh. cat.), Tate, London, 2008.

Review of Michel Lefftz's <u>Jean del Cour</u> and Estelle Lingo's <u>François Duquesnoy</u> in <u>The Art Newspaper</u>, no. 189, March 2008, p. 59.

Review of Nicholas Penny and Eike D. Schmidt, <u>Collecting Sculpture in Early Modern Europe</u>, in <u>The Art Newspaper</u>, no. 194, September 2008, p. 39.

Review of <u>Roldana</u> edited by A. Torrejón Díaz and J. L. Romero Torres in <u>The Burlington Magazine</u>, CL, November 2008, p. 771.

'Gayangos's Legacy: His Son-in-Law Juan Facundo Riaño (1829-1901) and the Victoria and Albert Museum' in C. Álvarez Millán and C. Heide (eds.), <u>Pascual de Gayangos. A Nineteenth-Century Spanish Arabist</u>, Edinburgh, 2008, pp. 205-222.

Entry on torchère probably carved by Agostino Carlini in <u>Taking Shape. Finding Sculpture in the Decorative Arts</u> (exh. cat.), the Henry Moore Institute, Leeds and the J. Paul Getty Museum, Los Angeles, cat. no. 21 on pp. 80-2.

Co-Editor of the <u>Hispanic Research Journal</u>, Vol. 9, no. 5, (Special Issue: The Visual Arts II), December 2008.

Review of Charlotte Schreiter and Albrecht Pyritz (eds.), <u>Berliner Eisen …</u> in <u>Sculpture Journal</u> Vol. 17.2, 2008, pp. 148-52.


2009    Contribution to <u>Visual Dialogues. The Ghost in the Machine</u> (exh. cat.), Tate Britain, London, 2009, p. 8.

Contributions to <u>Baroque. Style in the Age of Magnificence 1620-1800</u> (exh. cat.), Victoria and Albert Museum, London, 2009.

'Propaganda and Luxury. Small-scale Baroque Sculptures in Viceregal America and the Philippines' in D. Pierce and R. Otsuka (eds.), <u>Asia and Spanish America. Trans-Pacific Artistic and Cultural Exchange, 1500-1850</u> Denver, 2009, pp. 151-63.

Contributions to <u>The Sacred made Real. Spanish Painting and Sculpture 1600 to 1700</u> (exh. cat.), The National Gallery, London, 2009.

Co-Editor, <u>Hispanic Research Journal</u>, Vol. 10, no. 5, December 2009.

Review of Robert Havard, <u>The Spanish Eye …</u> in the <u>Hispanic Research Journal</u>, Vol. 10, no. 5, December 2009, pp. 482-3.

2010    '"The Question of Casts" – Collecting and Later Reassessment of the Cast Collections at South Kensington' (with D. Bilbey) in R. Frederiksen and E. Marchand (eds.), <u>Plaster Casts. Making, Displaying and Collecting.from Classical Antiquity to the Present</u>, Berlin/New York, 2010, pp. 465-83.

   <u>Two Artists: Velázquez - Picasso. *Las Meninas*</u>, Valletta, 2010 (with Giuseppe Schembri Bonaci).

   Co-Editor, <u>Hispanic Research Journal</u>, Vol. 11, no. 5, December 2010 (and introductory essay, pp. 385-6).

   'Access to Collections of Spanish Art in Britain and Ireland in the Eighteenth and Nineteenth Centuries' in N. Glendinning and H. Macartney (eds.), <u>Spanish Art in Britain and Ireland, 1750-1920. Studies in Reception</u>, Woodbridge, 2010, pp. 73-84.

   Review of Erika Naginski's <u>Sculpture and the Enlightenment</u>, <u>Church Monuments</u>, XXV, 2010, pp. 190-1.


2011    Review of Philippe Malgouyres, <u>Ivoires de la Renaissance …</u>, in <u>The Art Newspaper</u>, no. 223, April 2011, p. 61.

   Review of the exhibition <u>Elfenbein aus Ceylon …</u> at the Museum Rietberg, Zurich, <u>The Burlington Magazine</u>, CLIII, April 2011, pp. 278-9.

   *Barocke Kunststückh*<u>: Festschrift für Christian Theuerkauff. Sculpture Studies in Honour of Christian Theuerkauff</u> (edited with Regine Marth), Munich, 2011.

   'From Salzburg to London via Rome: An ivory by Balthasar Griessmann in the Victoria and Albert Museum' in R. Marth and M. Trusted (eds.), *Barocke Kunststückh*<u>: Festschrift für Christian Theuerkauff. Sculpture Studies in Honour of Christian Theuerkauff</u>, Munich, 2011, pp. 60-5.

   Contributions to <u>Art and Design for All: The Victoria and Albert Museum</u> (exh. cat.), ed. J. Bryant, London, 2011.

2012

   <u>Jesuit Baroque Sculpture in Spain. The Chapel of the English College in Valladolid</u>, Valladolid, 2012.

   'El coleccionismo europeo de escultura en South Kensington desde la década de 1850 al siglo XXI' in M. Bolaños (ed.), <u>El Taller Europeo. Intercambios, influjos y préstamos en la escultura moderna europea</u>, Valladolid, 2012, pp. 65-72.

   Introduction to G. Schembri Bonaci and S. Moulden, <u>Antonio Sciortino and the British Academy of Arts in Rome</u>, Valletta, 2012, pp. 5-6.

Foreword to F. Brock, <u>Thomas Brock. Forgotten Sculptor of the Victoria Memorial</u> (ed. J. Sankey), Bloomington, 2012, pp. 1-2.

'Reproduction as Spectacle, Education and Inspiration' in C. Schreiter (ed.), <u>Gipsabgüsse und Antike Skulpturen. Präsentation und Kontext</u>, Berlin, 2012, pp. 355-71.

'Mapping the practice and profession of sculpture in Britain and Ireland 1851-1951.Victoria and Albert Museum, London, 25-26 February 2011. Introduction' (co-written with A. Yarrington), <u>Sculpture Journal</u>, Vol. 21:2, pp. 85-6.

'Two eighteenth-century sculpture acquisitions for the Victoria and Albert Museum, London', <u>The Burlington Magazine</u>, CIV, pp. 773-9

2013

Review of Eike D. Schmidt, <u>Das Elfenbein des Medici</u> in <u>The Burlington Magazine</u>, CLV, March 2013, pp.182-3.

'Die Genauigkeit der Kontur. Abgüsse und Kopien antiker Skulpturen in der Epoche des Klassizismus' and cat. entries 8-17 in <u>Schönheit und Revolution. Klassizismus 1770-1820</u> (exh. cat.), Städel Museum, Frankfurt am Main. Published Munich, 2013, pp. 52-86.

Obituary of Nigel Glendinning, <u>The Art Newspaper</u>, no. 245, April 2013, p. 71.

Review of *Collecting Spanish Art: Spain's Golden Age and America's Gilded Age* <u>Journal of the History of Collections</u>, May 2013; doi: 10.1093/jhc/fht011

'Survivors of a Shipwreck. Ivories from a Manila Galleon of 1601', <u>The Hispanic Research Journal</u>, Vol. 14, no. 3, October 2013, pp. 446-62.

Introduction to G. Schembri Bonaci, <u>Sunday Thoughts on Art</u>, Valletta, 2013, pp. 7-8.

<u>Baroque and Later Ivories. The Victoria and Albert Museum</u>, London, 2013.

2014

'Maria Faydherbe: a seventeenth-century sculptor in Mechelen', <u>The Burlington Magazine</u> CLVI, February 2014, pp. 104-6.

Review of <u>Magnificent Marble Statues: British Sculpture in the Mansion House</u> by Julius Bryant. <u>The Art Newspaper</u>, no. 255, March 2014, p. 68.

'Inspired by Ivory', <u>The V&A Magazine</u>, Spring 2014, p. 16.

Review of <u>Wettstreit in Erz: Porträtmedaillen der Deutschen Renaissance</u> (exh. cat.), by W. Cupperi, M. Hirsch, A. Kranz and U. Pfisterer (eds.), <u>The Medal</u>, No. 45, Autumn 2014, pp. 36-7.

'The Same but Different. Baroque Ivories and Reproduction' in W. Cupperi (ed.), <u>Multiples in Pre-Modern Art</u>, Zurich, 2014, pp. 245-69.

Entries for <u>Sculpture Victorious. Art in an Age of Invention 1837-1901</u> (exh. cat.), Yale Center for British Art, New Haven, 2014, pp. 66-7, 208-11, 419-20.

Review of K. Helmstutler di Dio and R. Coppel, <u>Sculpture Collections in Early Modern Spain</u>. <u>The Burlington Magazine</u>, November 2014, CLVI, pp. 763-4.

Review of D. Bindman, <u>Warm Flesh, Cold Marble. Canova, Thorvaldsen and their Critics</u>. The Burlington Magazine, December 2014, CLVI, pp. 824-5.

Chapter in P. Murphy (ed.), <u>Art and Architecture of Ireland</u>, Vol. III, <u>Sculpture 1600-2000</u>, Dublin, 2014, pp. 495-501

2015

'The Four Seasons in Ivory: A Baroque Group Re-United', in M.G. Barberini, M. L. Levkoff, C.H. Miner and J. Warren (eds.), <u>The Eternal Baroque. Studies in Honor of Jennifer Montagu</u>, New York, 2015, pp. 371-83.

Review of <u>Body and Soul: Munich Rococo from Asam to Günther</u> in <u>Apollo</u>, March 2015, pp. 188-9.

Foreword, Co-Editor and Contributor, 'An Ivory tankard from the Wellby Collection at the Ashmolean Museum, Oxford', <u>Leidenschaft für Elfenbein. A Passion for Ivory. Zu Ehren von Reiner Winkler, Sammler, Connaisseur und Mäzen</u>, Munich, 2015, pp. 9-10 and pp. 38-9.

'Simulacra and Seriality: Spanish Renaissance Sculpture 1400-1600', (with Tom Nickson) <u>Hispanic Research Journal</u>, Vol. 16, no. 5, October 2015, pp. 377-8.

2016

'Breaking out of the Mould? The Beginnings of the Royal Academy in London: Diploma Sculptures of the Late Eighteenth and Early Nineteenth Centuries' in J. Myssok and T. Macsotay (eds.), <u>European Academy Sculpture</u>, Düsseldorf, 2015, pp. 147-60.

Review of L.E. Alcalá and J. Brown (eds.), <u>Painting in Latin America</u>. <u>Bulletin of Spanish Studies</u>, 2015 (forthcoming).

'Pasión y Prejuicio: las actitudes hacia la escultura española en Gran Bretaña en el siglo XIX' in Studies in Honour of Cristóbal Belda Navarro, Murcia, 2015 (forthcoming).


2016

Review of L.E. Alcalá and J. Brown (eds.), Painting in Latin America in Bulletin of Spanish Studies, 2016, pp. 21-3.

'Breaking out of the Mould? The Beginnings of the Royal Academy in London: Diploma Sculptures of the Late Eighteenth and Early Nineteenth Centuries' in J. Myssok and T. Macsotay (eds.), European Academy Sculpture, Düsseldorf, 2016, pp. 147-60.

Review of R. Kasl, The Making of Hispano-Flemish Style: Art, Commerce, and Politics in Fifteenth-Century Castile. Turnhout: Brepols Publishers 2014. The Burlington Magazine, April 2016, pp. 481-2.

Review of B. Tomlinson, Commemorating the seafarer: monuments, memorials and memory. Woodbridge: Boydell Press 2015. Journal for Maritime Research, 18:1, pp. 76-8. Published on-line 9 August 2016.

The Making and Meaning of Plaster Casts in the Nineteenth Century. Their Future in the Twenty-First Century; published on-line in Haak, Christina and Miguel Helfrich (eds): Casting. A way to embrace the digital age in analogue fashion? A symposium on the Gipsformerei of the Staatlichen Museen zu Berlin, Heidelberg: arthistoricum.net, 2016. DOI: 10.11588/arthistoricum.95.114 ISBN 978-3-946653-19-6 (pdf) Published 11 August 2016. http://www.smb.museum/en/whats-new/detail/online-publikation-bdquocasting-ein-analoger-weg-ins-zeitalter-der-digitalisierungldquo-ab-sofort-abrufbar.html

Introduction: Ivan Meštrovic for the Sculpture Journal, 25.2, 2016, pp. 159-60

Co-editor the Sculpture Journal 25.2, 2016 (essays dedicated to Ivan Meštrovic)


2017

'Medieval Scandinavia and Victorian South Kensington' in S. Ayres and E. Carbone (eds.), Sculpture and the Nordic Region, London, 2017, pp. 102-117.

'Paul Williamson, Curator' in G. Davies and E. Townsend (eds.), A Reservoir of Ideas. Essays in Honour of Paul Williamson, London, 2017, pp. 14-17.

Introduction and co-editor of 'Renaissance Sculptors Abroad', Sculpture Journal, Vol. 26.1, 2017, pp. 7-10.

Review of A. Chong (ed. et al.), Christianity in Asia: Sacred Art and Visual Splendour in The Burlington Magazine, CLIX, October 2017, pp. 823-4.

2018

Co-editor and contributor to issue of Curator: The Museum Journal dedicated to ivory. January 2018.
On-line access: http://onlinelibrary.wiley.com/journal/10.1111/(ISSN)2151-6952

'Alabasters in Britain and Spain. Sculpture Production and Exports from the 15th century and beyond', in C. Morte García (ed.), El Alabastro: Usos artísticos y Procedencia del Material, Zaragoza, 2018, pp. 193-200.

'Cast of Thousands: Education, Exchange and Enjoyment' British Archaeology, September/October 2018, pp. 38-43.

Review of Estelle Lingo, Mochi's Edge and Bernini's Baroque in The Art Newspaper, number 304, September 2018, p. 15.

'Amber and Leonardo' (introduction) in G. Jablonski (ed.), Amber and Leonardo (exh. cat.), St John's Centre, Gdansk and other venues, 2018, pp. 1-7.

'Lorenzo Bartolini's Campbell Sisters Dancing a Waltz: Dance and Sensibility' in K. Eustace, M. Stocker and J. Barnes (eds.), Sculpting Art History. Essays in Memory of Benedict Read  London, 2018, pp. 30-39.

2019   Review of J. Hein's catalogue of the Rosenborg Collection of Ivories, Copenhagen. The Art  Newspaper, February 2019, p. 13.

'German Waxes in the Victoria and Albert Museum: Realism and Emotion' in R. Ballestriero, O. Burke and F.M. Galassi (eds.), Ceroplastics. The Art of Wax, Rome, 2019, pp. 47-58

'Baroque Ambers in Britain' in I.A. Polyakova (ed.), Collection in the Space of Culture. Proceedings of the International Conference, Amber Museum, Kaliningrad, 2019, pp. 82-91

2020   Review of the catalogue of Gli Avori del Museo del Bargello by I. Ciseri et al., The Art Newspaper, January 2020, p. 15.

Review of C.D. Dickerson and M. McDonald (eds.), Alonso Berruguete …, The Art Newspaper, no. 324, June 2020, p. 59.

Co-editor (with Laura Fernández-González) Renaissance Studies. Journal of the Society for Renaissance Studies, Vol. 34, no. 4, September 2020

'Transatlantic works of art; the hybrid qualities of two kinds of baroque', Renaissance Studies. Journal of the Society for Renaissance Studies, Vol. 34, no. 4, September 2020, pp. 669-86

2021    '*Woman after the Bath*, an ivory statuette by "Mr Dubberman, ivory carver"', <u>Colnaghi Studies Journal</u>, Vol. 8, March 2021, pp. 148-161.

Editor and author of preface, <u>Toppling Statues. Papers from the PSSA Webinar 2020</u>, London, 2021.

Review of <u>Meisterwerke der Renaissance und des Barock. Skulpturensammlung Dresden</u>, in <u>The Art Newspaper</u>, no. 334, May 2021, p. 61.